**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT DOMINGUEZ** | § | |
| **AND EMMA DOMINGUEZ,** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | **CIVIL ACTION NO. 3:15-CV-01674-C** |
| v. | § | |
| | § | **JURY DEMAND** |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| Defendant. | § | |

## ADVISORY TO THE COURT OF SETTLEMENT

Plaintiffs Robert Dominguez and Emma Dominguez and Defendant State Farm Lloyds have reached a settlement in this matter. Plaintiffs and Defendant intend to submit a joint stipulation of dismissal with prejudice within 60 days.

Respectfully submitted,

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.:  24029862
Scott L. Rogers
State Bar No.:  24064369

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209
Email:  rthompson@thompsoncoe.com
Email:  slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    This is to certify that on the 2nd day of June, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Jessica Taylor
THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
    *Counsel for Plaintiffs*

          /s/ Rhonda J. Thompson
          Rhonda J. Thompson