**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ROBERT DOMINGUEZ** § <br> **AND EMMA DOMINGUEZ,** § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **STATE FARM LLOYDS,** § <br> § <br> Defendant. § | **CIVIL ACTION NO. 3:15-CV-01674-C** <br><br> **JURY DEMAND** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Robert Dominguez and Emma Dominguez and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiffs' claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 16th day of July, 2015.

Respectfully submitted,

/s/ Jessica Taylor*
Jessica Taylor
State Bar No. 24013546

THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
Telephone: (210) 402-4022
Facsimile: (210) 910-6350
E-mail: jessica@jtaylorlaw.com

**COUNSEL FOR PLAINTIFFS**
*Signed with permission

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Scott L. Rogers
State Bar No.: 24064369

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
E-mail: rthompson@thompsoncoe.com
E-mail: slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 16th day of July, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Jessica Taylor
THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
   *Counsel for Plaintiffs*

/s/ Rhonda J. Thompson
Rhonda J. Thompson