IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT DOMINGUEZ<br>AND EMMA DOMINGUEZ,<br><br>　　　Plaintiffs,<br><br>v.<br><br>STATE FARM LLOYDS,<br><br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:15-CV-01674-C<br><br>JURY DEMAND |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiffs Robert Dominguez and Emma Dominguez and Defendant State Farm Lloyds' Joint Stipulation of Dismissal with Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' claims against Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.

SIGNED this __17th__ day of ____July____, 20_15_.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND CONTENT:**

/s/ Jessica Taylor*
Jessica Taylor
State Bar No. 24013546

THE LAW OFFICE OF JESSICA TAYLOR
14100 San Pedro, Suite 205
San Antonio, Texas 78232
Telephone: (210) 402-4022
Facsimile: (210) 910-6350
E-mail: jessica@jtaylorlaw.com

**COUNSEL FOR PLAINTIFFS**
*Signed with permission

And


/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No. 24029862
Scott L. Rogers
State Bar No. 24064369

THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209
Email: rthompson@thompsoncoe.com
Email: slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT**